70 F.3d 1287
 Charles Reliford
v.
William Terrell Hodges, Chief Judge Middle District Florida,
Judge George C. Carr's Estate, Robert W. Genzman, U.S.
Attorney, Ward Maythaler, Asst. U.S. Attorney, Terry Furr,
Asst. U.S. Attorney, Theda R James, Asst. Public Defender,
William P. Murphy, Appellate Counsel, Middle District of
Florida, Roger Vernoy, Stacie Lynn Mann, DEA Agents, Nelson
Valdes, Government Informer, William J. Castagna, U.S.
District Judge, Middle District of Florida, John R. Strother, Jr
 NO. 93-2514
 United States Court of Appeals,
Eleventh Circuit.
 Sept 22, 1995
 M.D.Fla., 61
 F.3d 30
 
 1
 DENIALS OF REHEARING EN BANC.